IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2025 FEB 20 P 2: 21

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR EDUARDO SANCHEZ-CABEZAS,<br><br>Defendant. | Case No. 1:25-mj-83<br><br>Hearing: March 27, 2025, 10:00 AM |

CRIMINAL INFORMATION

Count 1 (Class B Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 10, 2025, at the Dulles Discovery installation in Chantilly, Virginia, which is an Agency installation within the Eastern District of Virginia, the defendant, OSCAR EDUARDO SANCHEZ-CABEZAS, knowingly destroyed or damaged private property.

(In violation of Title 32, Code of Federal Regulations, Part 1903.15(a)).

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: February 20, 2025        By: _____
Cameron M. Etchart
Special Assistant United States Attorney (LT)

## CERTIFICATE OF SERVICE

I hereby certify that when the foregoing Criminal Information is docketed, I will mail a copy of the foregoing Criminal Information and the accompanying Summons to the defendant's known mailing address:

Oscar Eduardo Sanchez-Cabezas
4336 Carmelo Dr
Apt T4
Annandale, VA 22003-5289

/s/
Cameron M. Etchart
Special Assistant United States Attorney (LT)